IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miller, John J | Case Number: 05 B 28288 |
|---|---|---|
| | Cooper-Miller, Tina M | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 7/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 14, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 40,805.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 36,896.20 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,165.97 |
| Other Funds: | | 42.83 |
| Totals: | 40,805.00 | 40,805.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 1,700.00 | 1,700.00 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Charming Shoppes-Fashion Bug | Unsecured | 1,561.09 | 1,561.09 |
| 4. | RMI/MCSI | Unsecured | 538.91 | 538.91 |
| 5. | Zenith Acquisition | Unsecured | 12,541.81 | 12,541.81 |
| 6. | Discover Financial Services | Unsecured | 8,504.93 | 8,504.93 |
| 7. | Asset Acceptance | Unsecured | 316.42 | 316.42 |
| 8. | ECast Settlement Corp | Unsecured | 1,259.99 | 1,259.99 |
| 9. | Resurgent Capital Services | Unsecured | 11,532.01 | 11,532.01 |
| 10. | Arrow Financial Services | Unsecured | 641.04 | 641.04 |
| 11. | Wrigley Factory Credit Union | Secured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Chase Manhattan | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| 15. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 16. | Menards Inc | Unsecured | | No Claim Filed |
| 17. | St Francis Hospital | Unsecured | | No Claim Filed |
| | | | $ 38,596.20 | $ 38,596.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miller, John J | Case Number: 05 B 28288 |
|---|---|---|
| | Cooper-Miller, Tina M | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 7/18/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 784.03 |
| 5% | 150.00 |
| 4.8% | 432.00 |
| 5.4% | 701.97 |
| 6.5% | 96.06 |
| 6.6% | 1.91 |
| | $ 2,165.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

